IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL HILL                                                                                    PLAINTIFF

VS.                              CASE NO. 3:04CV00359 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Commissioner's decision is reversed and remanded.

SO ADJUDGED this 18th day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE